U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 8 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMED AHMED HASSAN ABDALLAH OMRAN | DOCKET NO. 15-CV-1418; SEC. P |
| VERSUS | JUDGE DRELL |
| UNITED STATE OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's <u>Bivens</u> claim be and is hereby **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A, and that his FTCA claim be dismissed for lack of jurisdiction.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 8th day of July, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT